UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-                         #20 Cr 475 (JFK)

      Jose Rosario

------------------------------X

At the plea hearing on September 14, 2020, the Court directed the following:

1) Mr. Rosario is to surrender to the U.S. Marshals, SDNY, 500 Pearl Street, New York, NY, at 10:00 a.m. on January 19, 2021.

2) The U.S. Marshals shall produce Mr. Rosario for sentencing on January 20, 2021 at 11:30 a.m. in Courtroom 20-C, 500 Pearl Street, New York, NY.

SO ORDERED.

Dated: New York, New York

1-4-21

JOHN F. KEENAN
United States District Judge