UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
        U.S.A.

         -V-                :               #20 Cr 475 (JFK)

     Jose Rosario

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The sentencing in this case is adjourned from January 20, 2021 to January 27, 2021 at 11:30 a.m. in Courtroom 20-C.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-13-21
```

SO ORDERED.

Dated: New York, New York

1-13-21

_____
JOHN F. KEENAN
United States District Judge