UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-                                #20 Cr 475 (JFK)

      Jose Rosario

------------------------------X

Mr. Rosario's surrender date is adjourned from January 19 to January 26, 2021 to the U.S. Marshals, SDNY, 500 Pearl Street, New York, NY.

2) The U.S. Marshals shall produce Mr. Rosario for sentencing on January 27, 2021 at 11:30 a.m. in Courtroom 20-C, 500 Pearl Street, New York, NY.

                SO ORDERED.

Dated:   New York, New York

       1-13-21

                            JOHN F. KEENAN
                       United States District Judge