UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
        U.S.A.

       -V-                                          #20 Cr 475 (JFK)

       Jose Rosario

---------------------------------X

The sentencing in this case is set for January 27, 2021 at 11:30 a.m. in Courtroom 24-B.

If the public wishes to hear this proceeding, they may call the following conference line and dial-in:

      **AT&T Conference Line: 1-888-363-4749.**
      **Access Code: 788 3927 #**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-27-21

      SO ORDERED.

Dated: New York, New York
       1-27-21

                                    /s/ John F. Keenan
                                    JOHN F. KEENAN
                            United States District Judge